UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>JENNIFER SCOTT,<br>      Defendant. | 1:16-CR-117-MHC-CMS |

## ORDER

This matter having come before the Court on Defendant's motion, and good cause appearing, Defendant's Motion to Extend Voluntary Surrender Date is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant Jennifer Scott shall surrender to the Bureau of Prisons at her previously designated facility by 12:00 Noon on November 27, 2017.

**SO ORDERED** this 10th day of October 2017.

_____
Hon. Mark H. Cohen
United States District Court Judge

Presented by:

Saraliene S. Durrett
Counsel for Jennifer Scott